



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 17, 2018**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### IN THE NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 17-40255-RFN-13 |
| Tammy Renea Dobbs, | § | CHAPTER 13 |
|    Debtor | § | |
| | § | |
| Tammy Renea Dobbs, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 17-04109 |
| | § | |
| Landmark Bank, N.A., *et. al.* | § | |
|    Defendants. | § | |

### ORDER GRANTING
### DEBTOR'S MOTION FOR SUBSTITUTION OF COUNSEL

On this day, the Court considered the Plaintiff's Motion for Substitution of Counsel and after consideration of the motion and file, the Court finds it should be **GRANTED**.

It is therefore **ORDERED** that Weldon Reed Allmand and Jim Morrison are discharged as attorneys of record in the referenced adversary proceeding, and Warren V. Norred is substituted as attorney of record for Plaintiff therein.

# # # End of Order # # #

APPROVED AS TO FORM:
/s/ Warren. V Norred
Warren V. Norred, TX 24045094;
200 E. Abram Ste. 300; Arlington, TX 76010
wnorred@norredlaw.com
Tel: (817) 704-3984; Fax: 817-524-6686

United States Bankruptcy Court
Northern District of Texas

Dobbs,
    Plaintiff

Adv. Proc. No. 17-04109-rfn

Landmark Bank,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0539-4        User: swhitaker        Page 1 of 1        Date Rcvd: Jan 17, 2018
                            Form ID: pdf023       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.
ust          +Cheryl Wilcoxson,   US Trustee,    1100 Commerce St.,    Ste. 976,   Dallas, TX 75242-0996

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion06.da.ecf@usdoj.gov Jan 18 2018 00:34:35      United States Trustee,
               1100 Commerce Street,    Room 976,   Dallas, TX 75242-0996
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            Sandra Nixon,   U.S. Trustee
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2018 at the address(es) listed below:
        James C. Tidwell    on behalf of Defendant Isaac  Bates jct@wtmlaw.net,   trt@wtmlaw.net
        James C. Tidwell    on behalf of Defendant    Honorable Tom Watt jct@wtmlaw.net,   trt@wtmlaw.net
        James C. Tidwell    on behalf of Defendant    Honorable Joe Brown jct@wtmlaw.net,   trt@wtmlaw.net
        James Griffin Rea    on behalf of Defendant    Landmark Bank jrea@mcslaw.com
        James M. Morrison    on behalf of Plaintiff Tammy Renea Dobbs lallmand@allmandlaw.com,
   ecf@jimmorrisonlaw.com;clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com
        Jeffrey R. Seckel    on behalf of Defendant    Landmark Bank jseckel@mcslaw.com,   jsmith@mcslaw.com
        Warren V. Norred    on behalf of Plaintiff Tammy Renea Dobbs wnorred@norredlaw.com,
   anorred@norredlaw.com;angela@norredlaw.com;carol@norredlaw.com
                                                                                             TOTAL: 7